IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANKIE LEE BEMBRY,

    Plaintiff,

vs.                                         4:05-CV-286-SPM

CITY OF TALLAHASSEE, a Florida
municipality, and OFFICER DEREK
FRIEND, individually,

    Defendants,
_____/

**ORDER PERMITTING DEFENDANTS TO FILE AMENDED ANSWER**

**THIS CAUSE** comes before the Court upon "Defendants' Consented Motion to Amend Affirmative Defenses" (doc. 9) filed October 24, 2005, in which Defendant request to add an affirmative defense inadvertently omitted from their original answer. Plaintiff does not object to the granting of the motion.

The Court, pursuant to Federal Rule of Civil Procedure 15(a), finds good reason to allow the amended answer to be filed. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to amend (doc. 9) is hereby *granted*.

2.     The clerk is directed to file the amended answer (attachment 1 to doc. 9) as of the date this order is signed.

**DONE AND ORDERED** this <u>first</u> day of November, 2005.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge